IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

USA,

Plaintiff,

v.

Lyle Anastos,

Defendant,

Case No. 16-cr-646
Judge Jeffrey T. Gilbert

**ORDER**

Initial appearance held on 10/5/16. Defendant appeared in response to his arrest on 10/4/16. Defendant was informed of his rights, the nature of the charges and the maximum penalties. T.R. Eppel of Katten Muchin Rosenman LLP is given leave to file his appearance on behalf of Defendant. Defendant was informed of his right to a preliminary hearing. Defendant will confer with his counsel and will report at the next court hearing whether he would like a preliminary hearing. The Government orally moved to detain Defendant as a danger to the community. In accordance with 18 U.S.C. § 3142(f)(2), for good cause shown and by agreement of the parties, a detention hearing and status on preliminary examination is set for 10/7/16 at 2:00 p.m. As provided by 18 U.S.C. § 3142(f)(2), Defendant is remanded to the custody of the U.S. Marshal and shall remain in custody until further order of the Court. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable opportunity for private consultation with his counsel while in custody. Order Defendant bound to the District Court for further proceedings.

IA: 00:10

Date: 10/05/16

_____
Magistrate Judge Jeffrey T. Gilbert

Rev. 10/2013